B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Spoonamore, Michael Dale** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Spoonamore, Linda Kay** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-8081** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-9177** |
| Street Address of Debtor (No. and Street, City, and State): **5260 Indian Warpath Rd. Maryville, TN** ZIP Code **37803** | Street Address of Joint Debtor (No. and Street, City, and State): **5260 Indian Warpath Rd. Maryville, TN** ZIP Code **37803** |
| County of Residence or of the Principal Place of Business: **Blount** | County of Residence or of the Principal Place of Business: **Blount** |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Spoonamore, Michael Dale**<br>**Spoonamore, Linda Kay** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **Eastern District of Michigan** | Case Number:<br>**03-58912 Ch13** | Date Filed:<br>**7/07/03** |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** **/s/ Cynthia T. Lawson** **October 6, 2008**
Signature of Attorney for Debtor(s) (Date)
**Cynthia T. Lawson 018397**

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

________________________________
(Name of landlord that obtained judgment)

________________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Spoonamore, Michael Dale**
**Spoonamore, Linda Kay**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Dale Spoonamore**
Signature of Debtor **Michael Dale Spoonamore**

X **/s/ Linda Kay Spoonamore**
Signature of Joint Debtor **Linda Kay Spoonamore**

Telephone Number (If not represented by attorney)

**October 6, 2008**
Date

### Signature of Attorney*

X **/s/ Cynthia T. Lawson**
Signature of Attorney for Debtor(s)

**Cynthia T. Lawson 018397**
Printed Name of Attorney for Debtor(s)

**Bond, Botes & Lawson, P.C.**
Firm Name
**5418 Clinton Highway**
**Knoxville, TN 37912**

Address

**Email: cynthialawson@bbllawgroup.com**
**(865) 687-0733 Fax: (865) 687-7781**
Telephone Number

**October 6, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Michael Dale Spoonamore**
**Linda Kay Spoonamore**
Debtor(s)

Case No.
Chapter **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,566.00** | **2006 Gross Income From Employments (H)** |
| **$15,593.00** | **2007 Gross Income From Employment (H)** |
| **$11,156.72** | **2008 YTD Gross Income From Employment (H)** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,292.00** | **2006 Social Security Benefits (W)** |
| **$8,027.50** | **2007 Social Security Benefits (W)** |
| **$6,320.00** | **2008 YTD Social Security Benefits** |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Southeastern Otho-Maryville v. Mike Spoonamore, VOO 28244** | **civil warrant** | **Knox Co Gen Sessions, Knoxville TN** | **pending** |
| **University Health System, Inc. v. Micheal D. Spoonamore, VOO28243** | **civil warrant** | **Knox Gen Sessions, Knoxville TN** | **pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bond, Botes & Lawson, P.C.**<br>**5418 Clinton Highway**<br>**Knoxville, TN 37912** | **10/03/08** | **$36.00 for credit counseling** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1835 Harvard St.**<br>**Maryvillle, TN 37803** | **Michael & Linda Spoonamore** | **June 2007 to Nov 07** |
| **2030 Morganton Rd.**<br>**Maryville, TN 37803** | **Michael & Linda Spoonamore** | **Dec 2005 to June 2007** |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **October 6, 2008** Signature **/s/ Michael Dale Spoonamore**
**Michael Dale Spoonamore**
Debtor

Date **October 6, 2008** Signature **/s/ Linda Kay Spoonamore**
**Linda Kay Spoonamore**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors,

Case No. ____________

Chapter **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | **Yes** | **1** | **0.00** | | |
| B - Personal Property | **Yes** | **3** | **6,252.00** | | |
| C - Property Claimed as Exempt | **Yes** | **1** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **1** | | **12,889.00** | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | **Yes** | **2** | | **0.00** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **56** | | **82,014.76** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I - Current Income of Individual Debtor(s) | **Yes** | **1** | | | **1,818.12** |
| J - Current Expenditures of Individual Debtor(s) | **Yes** | **1** | | | **1,483.00** |
| Total Number of Sheets of ALL Schedules | | **68** | | | |
| | | Total Assets | **6,252.00** | | |
| | | | Total Liabilities | **94,903.76** | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,818.12 |
| Average Expenses (from Schedule J, Line 18) | 1,483.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,193.48 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 6,889.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 82,014.76 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 88,903.76 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6A (Official Form 6A) (12/07)

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
, Debtors

Case No. ______________________

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

Sub-Total > **0.00** (Total of this page)

Total > **0.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **US Currency** | **J** | **40.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | **X** | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living room furniture, Microwave, Vacuum cleaner, Weed eater, Bedroom furniture, Kichen table, Kitchen utensils, Garden tools,** | **J** | **150.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6. Wearing apparel. | | **Clothing** | **J** | **50.00** |
| 7. Furs and jewelry. | | **Watch, Costume jewelry** | **J** | **10.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | **X** | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |

Sub-Total > **250.00**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**, Case No. ______________

Debtors

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore** , Case No. ______________
Debtors

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Chevrolet Cavalier w/58,000 miles** | **J** | **5,900.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **cat** | **J** | **2.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **TV, VCR/DVD Combo, Tools, Lawn mower, Video system & games, Grill** | **J** | **100.00** |

Sub-Total > **6,002.00**
(Total of this page)
Total > **6,252.00**

Sheet **2** of **2** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand**<br>US Currency | Tenn. Code Ann. § 26-2-103 | 40.00 | 40.00 |
| **Household Goods and Furnishings**<br>Living room furniture, Microwave, Vacuum cleaner, Weed eater, Bedroom furniture, Kichen table, Kitchen utensils, Garden tools, | Tenn. Code Ann. § 26-2-103 | 150.00 | 150.00 |
| **Wearing Apparel**<br>Clothing | Tenn. Code Ann. § 26-2-104 | 50.00 | 50.00 |
| **Furs and Jewelry**<br>Watch, Costume jewelry | Tenn. Code Ann. § 26-2-104 | 10.00 | 10.00 |
| **Animals**<br>cat | Tenn. Code Ann. § 26-2-103 | 2.00 | 2.00 |
| **Other Personal Property of Any Kind Not Already Listed**<br>TV, VCR/DVD Combo, Tools, Lawn mower, Video system & games, Grill | Tenn. Code Ann. § 26-2-103 | 100.00 | 100.00 |
| | Total: | 352.00 | 352.00 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unknown**<br>**Creditor #: 1**<br>**Covington Credit**<br>**363 Sanderson St**<br>**Alcoa, TN 37701** | | **J** | **07/2008**<br>**Non-Purchase Money Security**<br>**TV, VCR/DVD Combo, Tools, Lawn mower, Video system & games, Grill**<br>Value $ **100.00** | | | | **394.00** | **394.00** |
| Account No. **1-9966-1**<br>**Creditor #: 2**<br>**Green County Bank**<br>**P O Box 1120**<br>**Greeneville, TN 37744-1120** | | **J** | **02/2007**<br>**Vehicle Lien**<br>**2005 Chevrolet Cavalier w/58,000 miles**<br>Value $ **5,900.00** | | | | **11,479.00** | **5,579.00** |
| Account No. **Unknown**<br>**Creditor #: 3**<br>**Superior Financial**<br>**249 N. Calderwood St.**<br>**Alcoa, TN 37701** | | **J** | **06/2008**<br>**Non-Purchase Money Security**<br>**TV, VCR/DVD Combo, Tools, Lawn mower, Video system & games, Grill**<br>Value $ **100.00** | | | | **1,016.00** | **916.00** |
| Account No. | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | **12,889.00** | **6,889.00** |
| | | | Total (Report on Summary of Schedules) | | | | **12,889.00** | **6,889.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**B6E (Official Form 6E) (12/07)**

.

In re **Michael Dale Spoonamore,
Linda Kay Spoonamore** , Case No. ______________
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors — Case No. ______

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**Internal Revenue Service**<br>**Special Procedures Branch**<br>**ATTN: Bankruptcy Section MDP 146**<br>**801 Broadway, Room 285**<br>**Nashville, TN 37203** | | **J** | **Notice Purpose Only** | | | | **0.00** | **0.00**<br>**0.00** |
| Account No.<br>**Additional Notice**<br>**Internal Revenue Service** | | | **Internal Revenue Service***<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | | | | | |
| Account No.<br>**Additional Notice**<br>**Internal Revenue Service** | | | **Suzanne H. Bauknight**<br>**U.S. Attorney's Office**<br>**Howard H. Baker, Jr. U.S. Courthouse**<br>**800 Market St. Ste. 211**<br>**Knoxville, TN 37902** | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | **0.00**<br>**0.00** |
| Total (Report on Summary of Schedules) | **0.00** | **0.00**<br>**0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07)

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**AAA Michigan**<br>**1 Auto Club Drive**<br>**Dearborn, MI 48126-2694** | | **J** | **listed in prior C13** | | | | **Unknown** |
| Account No. **33738972**<br>**Creditor #: 2**<br>**Advance America Cash Advance**<br>**241 N Calderwood St**<br>**Alcoa, TN 37701** | | **J** | **2008**<br>**Check Advance** | | | | **360.00** |
| Account No. **1531244**<br>**Creditor #: 3**<br>**Allied Interstate**<br>**Agent for not listed**<br>**3000 Corporate Exchange Dr 5th Floor**<br>**Columbus, OH 43231** | | **J** | **2006**<br>**Not listed** | | | | **47.80** |
| Account No.<br>**Creditor #: 4**<br>**Alpena Collision Alignment and**<br>**Towing**<br>**Service Inc.**<br>**249 North Ripley**<br>**Alpena, MI 49707-2925** | | **J** | **listed in prior C13** | | | | **Unknown** |

**55** continuation sheets attached

Subtotal (Total of this page): **407.80**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 5<br>Alpena Power Company<br>310 North Second Ave.<br>PO Box 188<br>Alpena, MI 49707-0188 | | J | listed in prior C13 | | | | 22.47 |
| Account No. 1195552<br>Creditor #: 6<br>Anesthesia Medical Alliance of East TN<br>501 20th St Ste 606<br>Knoxville, TN 37916 | | J | 2008<br>Medical Service | | | | 197.00 |
| Account No.<br>Additional Notice<br>Anesthesia Medical Alliance of East TN | | | Optima Recovery Services<br>Agent for Anesthesia Medical Alliance<br>6215 Kingston Pk Ste A<br>P O Box 52968<br>Knoxville, TN 37919 | | | | |
| Account No. 1451014<br>Creditor #: 7<br>Anesthesia Medical Alliance of East TN<br>501 20th St Ste 606<br>Knoxville, TN 37916 | | J | 2007<br>Medical Service | | | | 194.88 |
| Account No. 1451014<br>Creditor #: 8<br>Anesthesia Medical Alliance of East TN<br>501 20th St Ste 606<br>Knoxville, TN 37916 | | J | 2007<br>Medical Service | | | | 192.00 |

Sheet no. 1 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **606.35**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors — Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0068798990<br>Creditor #: 9<br>Angels On Earth<br>c/o Guideposts<br>39 Seminary Hill Rd.<br>Carmel, NY 10512 | | J | Unknown<br>Mail order | | | | 16.90 |
| Account No. Unknown<br>Creditor #: 10<br>Animal Health Center<br>c/o Maryville Collections Service<br>556 E Broadway<br>P O Box 4416<br>Maryville, TN 37802 | | J | 2007<br>Collection acct. - Medical Services | | | | 180.00 |
| Account No.<br>Creditor #: 11<br>Ann Arbor Credit Bureau<br>311 North Main St.<br>Ann Arbor, MI 48104-1133 | | J | listed in prior C13 | | | | Unknown |
| Account No. 304480239<br>Creditor #: 12<br>Annapolis Hospital<br>c/o United Collection Bureau Inc<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH 43614 | | J | Unknown<br>Collection acct. - Medical Services | | | | 861.58 |
| Account No.<br>Additional Notice<br>Annapolis Hospital | | | Alexandrial Vaneck Co., LPA<br>Agent for Anapolis Hospital<br>5660 Southwyck Blvd. #110<br>Toledo, OH 43614 | | | | |

Sheet no. 2 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **1,058.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**, Debtors

Case No. ______________________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **27777150**<br>**Creditor #: 13**<br>**Annapolis Hospital**<br>**c/o United Collection Bureau Inc**<br>**5620 Southwyck Blvd Ste 206**<br>**Toledo, OH 43614** | | **J** | **Unknown**<br>**Collection acct. - Medical Services** | | | | **543.00** |
| Account No. **303941058**<br>**Creditor #: 14**<br>**Annapolis Hospital**<br>**c/o United Collection Bureau Inc**<br>**5620 Southwyck Blvd Ste 206**<br>**Toledo, OH 43614** | | **J** | **2006**<br>**medical** | | | | **71.18** |
| Account No.<br>**Additional Notice**<br>**Annapolis Hospital** | | | **United Collection Bureau Inc**<br>**Agent for Annapolis Hospital**<br>**5620 Southwyck Blvd Ste 206**<br>**Toledo, OH 43614** | | | | |
| Account No. **304340615**<br>**Creditor #: 15**<br>**Annapolis Hospital 780**<br>**2020 Lindell Ave.**<br>**Nashville, TN 37203-5509** | | **J** | **2005 - 2006**<br>**Medical Services** | | | | **8,363.30** |
| Account No.<br>**Additional Notice**<br>**Annapolis Hospital 780** | | | **Steven A Brown**<br>**Agent for Annapolis Hospital**<br>**3500 Easy St. Suite 200**<br>**PO Box 2474**<br>**Kalamazoo, MI 49003** | | | | |

Sheet no. 3 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,977.48**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **304514052**<br>**Creditor #: 16**<br>**Annapolis Hospital 780**<br>**2020 Lindell Ave.**<br>**Nashville, TN 37203-5509** | | **J** | **2005**<br>**Medical Services** | | | | **42.63** |
| Account No.<br>**Additional Notice**<br>**Annapolis Hospital 780** | | | **Steven A Brown**<br>**Agent for Annapolis Hospital**<br>**3500 Easy St. Suite 200**<br>**PO Box 2474**<br>**Kalamazoo, MI 49003** | | | | |
| Account No.<br>**Additional Notice**<br>**Annapolis Hospital 780** | | | **United Collection Bureau Inc**<br>**Agent for Annapolis Hospital**<br>**5620 Southwyck Blvd Ste 206**<br>**Toledo, OH 43614** | | | | |
| Account No. **304455934**<br>**Creditor #: 17**<br>**Annapolis Hospital 780**<br>**2020 Lindell Ave.**<br>**Nashville, TN 37203-5509** | | **J** | **2005**<br>**Medical Services** | | | | **20.17** |
| Account No.<br>**Additional Notice**<br>**Annapolis Hospital 780** | | | **Alexandria Vaneck Co. LPA**<br>**Agent for Annapolis Hospital**<br>**5660 Southwyck Blvd. #110**<br>**Toledo, OH 43614** | | | | |

Sheet no. **4** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **62.80**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Annapolis Hospital 780** | | | **Steven A Brown**<br>**Agent for Annapolis Hospital**<br>**3500 Easy St. Suite 200**<br>**PO Box 2474**<br>**Kalamazoo, MI 49003** | | | | |
| Account No.<br>**Creditor #: 18**<br>**Arthritis Consultants PC**<br>**PO Box 44047**<br>**Detroit, MI 48244-0047** | | **J** | **listed in prior C13** | | | | **Unknown** |
| Account No. **1402357**<br>**Creditor #: 19**<br>**Assoc. of Univ Radiologist**<br>**5401Kingston Pike Ste 540**<br>**Knoxville, TN 37919** | | **J** | **2007**<br>**Medical** | | | | **23.61** |
| Account No. **865 981-2092-419-1863**<br>**Creditor #: 20**<br>**AT&T**<br>**P O Box 105503**<br>**Atlanta, GA 30348-5503** | | **J** | **2007**<br>**Telecommunication Services** | | | | **184.19** |
| Account No.<br>**Creditor #: 21**<br>**AT&T Wireless**<br>**ATTN: National Correspondence Team**<br>**PO Box 6028**<br>**Artesia, CA 90702-6028** | | **J** | **listed in prior C13** | | | | **149.31** |

Sheet no. **5** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **357.11**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 50-004777850-0068443-0<br>Creditor #: 22<br>Atmos Energy<br>PO Box 9001949<br>Louisville, KY 40290-1949 | | J | 2006<br>Utilities | | | | 311.95 |
| Account No.<br>Additional Notice<br>Atmos Energy | | | ARC<br>PO Box 212489<br>Augusta, GA 30917-2489 | | | | |
| Account No. 50-004777850-0068443-0<br>Creditor #: 23<br>Atmos Energy<br>PO Box 9001949<br>Louisville, KY 40290-1949 | | J | 2006<br>utility services | | | | 320.79 |
| Account No. 2281409<br>Creditor #: 24<br>Avon Products, Inc.<br>6901 Golf Rd.<br>Morton Grove, IL 60053 | | J | 2005<br>mail order | | | | 118.47 |
| Account No.<br>Additional Notice<br>Avon Products, Inc. | | | Allied Data Corporation<br>Agent for: Avon Products Inc.<br>13111 Westheimer, Ste 400<br>Houston, TX 77077-5547 | | | | |

Sheet no. 6 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **751.21**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **06-5435-9769**<br>**Creditor #: 25**<br>**Backyard Living**<br>**PO Box 992**<br>**Greendale, WI 53129-0992** | | **J** | **Unknown**<br>**Mail order** | | | | **12.98** |
| Account No. **57019458659812092419**<br>**Creditor #: 26**<br>**Bellsouth**<br>**c/o OSI Collection Services Inc**<br>**P O Box 983**<br>**Brookfield, WI 53008** | | **J** | **Unknown**<br>**Collection acct. - Utility** | | | | **151.30** |
| Account No.<br>**Additional Notice**<br>**Bellsouth** | | | **CBCS**<br>**Agent for Bellsouth**<br>**236 E Town St**<br>**Columbus, OH 43215** | | | | |
| Account No.<br>**Creditor #: 27**<br>**Beyers Hospital** | | **J** | | | | | **102.00** |
| Account No. **63422-50486**<br>**Creditor #: 28**<br>**Bioteck Clinical Lab**<br>**c/o Audit Systems, LLC**<br>**19500 Middlebelt Rd., Ste. 220W**<br>**Livonia, MI 48152** | | **J** | **Unknown**<br>**Collection acct. - Medical Services** | | | | **55.00** |

Sheet no. **7** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **321.28**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**, Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **06-45973637**<br>**Creditor #: 29**<br>**Birds & Blooms**<br>**Reiman Publications**<br>**PO Box 992**<br>**Greendale, WI 53129** | | **J** | **Unknown**<br>**Mail order** | | | | **12.98** |
| Account No. **1-24392.0**<br>**Creditor #: 30**<br>**Blount Gastroenterology Assoc.**<br>**1706 E. Lamar Alexander Pkwy**<br>**Maryville, TN 37804** | | **J** | **2008**<br>**Medical Services** | | | | **80.75** |
| Account No. **22506**<br>**Creditor #: 31**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2006**<br>**Medical Services** | | | | **56.14** |
| Account No. **various accounts**<br>**Creditor #: 32**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2008**<br>**medical** | | | | **3,862.04** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **Reports Inc**<br>**Agent for Blount Memorial Hospital**<br>**P O Box 10305**<br>**601 Concord St Ste 116**<br>**Knoxville, TN 37939** | | | | |

Sheet no. 8 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,011.91**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **RMB Inc**<br>**Agent for Blount Memorial Hospital**<br>**409 Bearden Park Circle**<br>**Knoxville, TN 37919** | | | | |
| Account No. **26698100-400-4529**<br>**Creditor #: 33**<br>**Blount Memorial Hospital**<br>**c/o Alcoa Billing Center**<br>**3429 Regal Dr.**<br>**Alcoa, TN 37701-3265** | | **H** | **2006**<br>**Medical** | | | | **207.00** |
| Account No. **2959638**<br>**Creditor #: 34**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **H** | **2006**<br>**Medical Services** | | | | **334.00** |
| Account No. **3355178**<br>**Creditor #: 35**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2008**<br>**medical** | | | | **1,202.81** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **Reports Inc**<br>**Agent for Blount Memorial Hospital**<br>**P O Box 10305**<br>**601 Concord St Ste 116**<br>**Knoxville, TN 37939** | | | | |

Sheet no. **9** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,743.81**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3051438**<br>**Creditor #: 36**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2006**<br>**medical** | | | | **319.00** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **RMB Inc**<br>**Agent for Blount Memorial Hospital**<br>**409 Bearden Park Circle**<br>**Knoxville, TN 37919** | | | | |
| Account No. **328851**<br>**Creditor #: 37**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2007**<br>**medical** | | | | **1,144.95** |
| Account No. **2934649**<br>**Creditor #: 38**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **H** | **2005**<br>**Medical Services** | | | | **422.50** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **RMB Inc**<br>**Agent for Blount Memorial Hospital**<br>**409 Bearden Park Circle**<br>**Knoxville, TN 37919** | | | | |

Sheet no. **10** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,886.45**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **26698100-400-4529**<br>**Creditor #: 39**<br>**Blount Memorial Hospital**<br>**c/o Alcoa Billing Systems**<br>**Alcoa, TN 37701-3265** | | **J** | **2006**<br>**Medical Services** | | | | **0.00** |
| Account No. **2999856**<br>**Creditor #: 40**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2006**<br>**Medical Services** | | | | **1,622.50** |
| Account No. **3378806**<br>**Creditor #: 41**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **H** | **2008**<br>**Medical Services** | | | | **25.09** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **Reports Inc**<br>**Agent for Blount Memorial Hospital**<br>**P O Box 10305**<br>**601 Concord St Ste 116**<br>**Knoxville, TN 37939** | | | | |
| Account No. **3396257**<br>**Creditor #: 42**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2008**<br>**Medical Services** | | | | **10.00** |

Sheet no. **11** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,657.59**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3284810**<br>**Creditor #: 43**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **H** | **2008**<br>**Medical Services** | | | | **36.80** |
| Account No. **3367341**<br>**Creditor #: 44**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2008**<br>**Medical Services** | | | | **216.07** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **Reports Inc**<br>**Agent for Blount Memorial Hospital**<br>**P O Box 10305**<br>**601 Concord St Ste 116**<br>**Knoxville, TN 37939** | | | | |
| Account No. **3371037**<br>**Creditor #: 45**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **H** | **2008**<br>**Medical Services** | | | | **1,923.67** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **Reports Inc**<br>**Agent for Blount Memorial Hospital**<br>**P O Box 10305**<br>**601 Concord St Ste 116**<br>**Knoxville, TN 37939** | | | | |

Sheet no. **12** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,176.54**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3380431**<br>**Creditor #: 46**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2008**<br>**Medical Services** | | | | **457.60** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **Reports Inc**<br>**Agent for Blount Memorial Hospital**<br>**P O Box 10305**<br>**601 Concord St Ste 116**<br>**Knoxville, TN 37939** | | | | |
| Account No. **3394295**<br>**Creditor #: 47**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2008**<br>**Medical Services** | | | | **182.43** |
| Account No. **26698100-400-4529**<br>**Creditor #: 48**<br>**Blount Memorial Hospital**<br>**c/o Alcoa Billing**<br>**3429 Regal Dr.**<br>**Alcoa, TN 37701-3265** | | **J** | **22007**<br>**Medical Services** | | | | **69.67** |
| Account No. **3280767**<br>**Creditor #: 49**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2007**<br>**Medical Services** | | | | **100.00** |

Sheet no. **13** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **809.70**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 50**<br>**Blount Memorial Hospital**<br>**907 E Lamar Alexander Pkwy**<br>**Maryville, TN 37804-5016** | | **J** | **2008**<br>**medical** | | | | **845.00** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **RMB Inc**<br>**Agent for Blount Memorial Hospital**<br>**409 Bearden Park Circle**<br>**Knoxville, TN 37919** | | | | |
| Account No. **26698100-400-4529**<br>**Creditor #: 51**<br>**Blount Memorial Hospital**<br>**c/o Alcoa Billing**<br>**3429 Regal Dr.**<br>**Alcoa, TN 37701-3265** | | **J** | **2008**<br>**Medical** | | | | **27.98** |
| Account No. **4464697**<br>**Creditor #: 52**<br>**Blount Memorial Hospital**<br>**c/o RMB**<br>**409 Bearden Park Circle**<br>**Knoxville, TN 37919** | | **J** | **2007**<br>**Medical** | | | | **1,956.50** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **RMB Inc**<br>**Agent for Blount Memorial Hospital**<br>**409 Bearden Park Circle**<br>**Knoxville, TN 37919** | | | | |

Sheet no. **14** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,829.48**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7052857**<br>**Creditor #: 53**<br>**Blount Memorial Hospital**<br>**c/o RMB**<br>**409 Bearden Park Circle**<br>**Knoxville, TN 37919** | | **J** | **2007**<br>**Medical** | | | | **319.00** |
| Account No.<br>**Additional Notice**<br>**Blount Memorial Hospital** | | | **RMB Inc**<br>**Agent for Blount Memorial Hospital**<br>**409 Bearden Park Circle**<br>**Knoxville, TN 37919** | | | | |
| Account No. **24466**<br>**Creditor #: 54**<br>**Blount Memorial Physicians Group**<br>**701 Morgantown Square**<br>**Maryville, TN 37801-4796** | | **H** | **2006**<br>**medical** | | | | **111.00** |
| Account No. **24466**<br>**Creditor #: 55**<br>**Blount Memorial Physicians Group**<br>**701 Morgantown Square**<br>**Maryville, TN 37801-4796** | | **J** | **2007**<br>**Medical** | | | | **587.00** |
| Account No. **24466**<br>**Creditor #: 56**<br>**Blount Memorial Physicians Group**<br>**701 Morgantown Square**<br>**Maryville, TN 37801-4796** | | **H** | **2007**<br>**Medical** | | | | **289.00** |

Sheet no. **15** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,306.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **24466**<br>**Creditor #: 57**<br>**Blount Memorial Physicians Group**<br>**701 Morgantown Square**<br>**Maryville, TN 37801-4796** | | **J** | **2007**<br>**Medical** | | | | **512.00** |
| Account No. **B3371037 SPOON**<br>**Creditor #: 58**<br>**Blount Pathologists PLLC**<br>**P O Box 51883**<br>**Knoxville, TN 37950-1883** | | **J** | **2008**<br>**Medical Services** | | | | **16.71** |
| Account No. **037037**<br>**Creditor #: 59**<br>**BMH DBA Good Samaratian Clinic**<br>**701 Morganton Rd.**<br>**Maryville, TN 37801** | | **J** | **2007**<br>**Medical** | | | | **70.00** |
| Account No. **037037**<br>**Creditor #: 60**<br>**BMH DBA Good Samaritan Clinic**<br>**701 Morganion Square**<br>**Maryville, TN 37801** | | **J** | **2007**<br>**Medical** | | | | **5.00** |
| Account No. **8227**<br>**Creditor #: 61**<br>**C&W Services**<br>**dba Carl's Garbage Service**<br>**576 Foothills Plaza Dr Ste 180**<br>**Maryville, TN 37801** | | **J** | **2007**<br>**Garbage Service** | | | | **14.00** |

Sheet no. **16** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **617.71**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors  Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **422705**<br>**Creditor #: 62**<br>**Cardiovascular Clinical Associates**<br>**Drawer 641508 Box 64000**<br>**Detroit, MI 48264** | | J | **Unknown**<br>**Medical Services** | | | | 75.00 |
| Account No. **01-014133-8353200010385500-00**<br>**Creditor #: 63**<br>**Charter Communications**<br>**c/o Credit Protection Association LP**<br>**1355 Noel Rd Ste 2100**<br>**Dallas, TX 75240** | | J | **Unknown**<br>**Collection acct. - Cable** | | | | 296.23 |
| Account No. **8353200010385500**<br>**Creditor #: 64**<br>**Charter Communications**<br>**P O Box 9001928**<br>**Louisville, KY 40290-1928** | | J | **2007**<br>**Telecommunication Services** | | | | 367.99 |
| Account No.<br>**Additional Notice**<br>**Charter Communications** | | | **Charter Communications**<br>**1774 Henry G Lane St.**<br>**Maryville, TN 37804** | | | | |
| Account No. **8353-20-001-0385500**<br>**Creditor #: 65**<br>**Charter Communications**<br>**P O Box 9001928**<br>**Louisville, KY 40290-1928** | | J | **2007**<br>**Telecommunication Services** | | | | 92.47 |

Sheet no. 17 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **831.69**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **378237-640-2**<br>**Creditor #: 66**<br>**Charter One Bank**<br>**1 Citizens Drive**<br>**RDC-265**<br>**Riverside, RI 02915** | | **J** | **2005**<br>**collection account** | | | | **130.26** |
| Account No.<br>**Additional Notice**<br>**Charter One Bank** | | | **Arrow Financial Services**<br>**Agent for Charter One Bank**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714-4610** | | | | |
| Account No.<br>**Additional Notice**<br>**Charter One Bank** | | | **RJM Acquisitions**<br>**Agent for Charter One Bank**<br>**575 Underhill Blvd Ste 224**<br>**Syosset, NY 11791** | | | | |
| Account No. **000520563**<br>**Creditor #: 67**<br>**Check N Go**<br>**c/o AAM**<br>**PO Box 379**<br>**Oaks, PA 19456** | | **J** | **Unknown**<br>**Collection acct. Check Advance`** | | | | **143.00** |
| Account No.<br>**Creditor #: 68**<br>**Chex Systems**<br>**Consumer Relations**<br>**7805 Hudson Rd Ste 100**<br>**Woodbury, MN 55125** | | **J** | **Notification Purposes Only** | | | | **0.00** |

Sheet no. **18** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **273.26**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore** , Debtors

Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Chex Systems** | | | **Equifax Information Services LLC**<br>**P O Box 740241**<br>**Atlanta, GA 30374-0241** | | | | |
| Account No.<br>**Additional Notice**<br>**Chex Systems** | | | **Experian**<br>**P O Box 2002**<br>**Allen, TX 75013** | | | | |
| Account No.<br>**Additional Notice**<br>**Chex Systems** | | | **Trans Union**<br>**P O Box 2000**<br>**Chester, PA 19022** | | | | |
| Account No. **38527497-001-35**<br>**Creditor #: 69**<br>**Cingular / AT&T**<br>**P O Box 538641**<br>**Atlanta, GA 30353-8641** | | **J** | **2007**<br>**Telecommunication Services** | | | | **258.85** |
| Account No.<br>**Additional Notice**<br>**Cingular / AT&T** | | | **Oxford Management Services**<br>**Agent for Cingular**<br>**PO Box 18060**<br>**Hauppauge, NY 11788** | | | | |

Sheet no. **19** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **258.85**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Cingular / AT&T** | | | **Southwest Credit Systems**<br>**Agent for Cinguar**<br>**5910 W Plano Pkwy Ste 100**<br>**Plano, TX 75093-4638** | | | | |
| Account No.<br>**Additional Notice**<br>**Cingular / AT&T** | | | **West Asset Management**<br>**Agent for: Cingular**<br>**PO Box 2348**<br>**Sherman, TX 75091** | | | | |
| Account No. **217899208**<br>**Creditor #: 70**<br>**Cingular / AT&T**<br>**P O Box 538641**<br>**Atlanta, GA 30353-8641** | | **J** | **2005**<br>**Telecommunication Services** | | | | **84.58** |
| Account No.<br>**Additional Notice**<br>**Cingular / AT&T** | | | **Oxford Management Services**<br>**Agent For Cingular**<br>**PO Box 18060**<br>**Hauppauge, NY 11788** | | | | |
| Account No.<br>**Additional Notice**<br>**Cingular / AT&T** | | | **Southwest Credit Systems**<br>**Agent for Cinguar**<br>**5910 W Plano Pkwy Ste 100**<br>**Plano, TX 75093-4638** | | | | |

Sheet no. **20** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **84.58**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ____________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Cingular / AT&T** | | | **West Asset Management**<br>**Agent for: Cingular**<br>**PO Box 2348**<br>**Sherman, TX 75091** | | | | |
| Account No. **3782376402**<br>**Creditor #: 71**<br>**Citizens Bank DDA**<br>**c/o NCO Financial Systems Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | **J** | **collection account** | | | | **130.26** |
| Account No. **306818789304**<br>**Creditor #: 72**<br>**Commercial Bank**<br>**c/o TRS Recovery Services, Inc.**<br>**5251 Westheimer**<br>**Houston, TX 77056** | | **J** | **2005**<br>**overdraft** | | | | **224.56** |
| Account No. **Unknown**<br>**Creditor #: 73**<br>**Dipti G Shah, MD**<br>**Arthritis Consultants, PC**<br>**15134 Levan Rd.**<br>**Livonia, MI 48154** | | **J** | **Unknown**<br>**Medical Services** | | | | **50.00** |
| Account No. **502794500010**<br>**Creditor #: 74**<br>**DTE Energy**<br>**PO Box 2859**<br>**Detroit, MI 48260-0001** | | **J** | **2005**<br>**utility services** | | | | **1,207.44** |

Sheet no. **21** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,612.26**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **502794500020**<br>**Creditor #: 75**<br>**DTE Energy Company**<br>**c/o CCB Credit Services**<br>**5300 S 6th St**<br>**Springfield, IL 62703** | | **J** | **Unknown**<br>**Collection acct. - Utilities** | | | | **1,396.42** |
| Account No. **331058**<br>**Creditor #: 76**<br>**East TN Medical Group**<br>**P O Box 5358**<br>**Maryville, TN 37802** | | **J** | **2006**<br>**Medical Services** | | | | **77.47** |
| Account No. **102032M**<br>**Creditor #: 77**<br>**East TN Medical Group**<br>**P O Box 5358**<br>**Maryville, TN 37802** | | **J** | **2006**<br>**Medical Services** | | | | **30.00** |
| Account No.<br>**Additional Notice**<br>**East TN Medical Group** | | | **Revenue Recovery Corp**<br>**Agent for East TN Medical Group**<br>**612 S Gay St 2nd Floor**<br>**P O Box 2698**<br>**Knoxville, TN 37901-2698** | | | | |
| Account No. **0113665585**<br>**Creditor #: 78**<br>**Eastern Michican Univ Credit Union**<br>**761 Jenness St.**<br>**Ypsilanti, MI 48197** | | **J** | **2002**<br>**appears on credit report** | | | | **1,236.00** |

Sheet no. **22** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,739.89**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3544335**<br>**Creditor #: 79**<br>**Empi**<br>**599 Cardigan Rd.**<br>**Saint Paul, MN 55126** | | **J** | **2008**<br>**Medical** | | | | **433.74** |
| Account No.<br>**Additional Notice**<br>**Empi** | | | **Pinnacle Credit Services**<br>**Agent for**<br>**7900 Highway 7 Ste 100**<br>**Minneapolis, MN 55426** | | | | |
| Account No. **3544335**<br>**Creditor #: 80**<br>**EMPI**<br>**599 Cardigan Rd.**<br>**Saint Paul, MN 55126** | | **J** | **2008**<br>**Medical Services** | | | | **414.58** |
| Account No. **194927**<br>**Creditor #: 81**<br>**Eugene Y SU MD, PC**<br>**5333 Mcauley Dr. Sute. R4108**<br>**Ypsilanti, MI 48197** | | **J** | **2005**<br>**Medical Services** | | | | **70.00** |
| Account No. **S3673-12540**<br>**Creditor #: 82**<br>**Everingham Clinic**<br>**12100 Huron River Dr.**<br>**Romulus, MI 48174** | | **J** | **2004**<br>**Medical** | | | | **20.00** |

Sheet no. **23** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **938.32**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S3673-12540**<br>**Creditor #: 83**<br>**Everingham Clinic**<br>**12100 Huron River Drive**<br>**Romulus, MI 48174** | | **J** | **2004**<br>**Medical** | | | | **100.00** |
| Account No. **S3673-12221**<br>**Creditor #: 84**<br>**Everingham Clinic PC**<br>**12100 Huron River Dr.**<br>**Romulus, MI 48174** | | **J** | **2004 - 2005**<br>**Medical Services** | | | | **265.00** |
| Account No. **SPOMI000**<br>**Creditor #: 85**<br>**Family Footcare of Bellevile**<br>**10798 Belleville Rd.**<br>**Belleville, MI 48111** | | **J** | **2006**<br>**medical** | | | | **165.00** |
| Account No. **SPOM1000**<br>**Creditor #: 86**<br>**Family Footcare of Belleville**<br>**10798 Belleville Rd.**<br>**Belleville, MI 48111** | | **J** | **2006**<br>**Medical** | | | | **165.00** |
| Account No. **537801SOOMR020M90**<br>**Creditor #: 87**<br>**Field and Stream**<br>**PO Box 60315**<br>**Tampa, FL 33660-0315** | | **J** | **2005**<br>**Subscription Services** | | | | **25.00** |

Sheet no. **24** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **720.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **264584510...**<br>**Creditor #: 88**<br>**First American Cash Advance**<br>**c/o Jefferson Capital System**<br>**16 Mcleland Rd.**<br>**Saint Cloud, MN 56303** | | **J** | **2008**<br>**appears on credit report** | | | | **360.00** |
| Account No.<br>**Additional Notice**<br>**First American Cash Advance** | | | **First American Cash Advance**<br>**2123 E Broadway**<br>**Maryville, TN 37804** | | | | |
| Account No.<br>**Creditor #: 89**<br>**First Federal of MI**<br>**105 Main St.**<br>**Belleville, MI 48111-2737** | | **J** | **listed in prior C13** | | | | **Unknown** |
| Account No. **3832710-43**<br>**Creditor #: 90**<br>**First TN Bank**<br>**Bank Card Center**<br>**PO Box 385**<br>**Memphis, TN 38101-0385** | | **J** | **2008**<br>**Charge Card** | | | | **739.11** |
| Account No.<br>**Additional Notice**<br>**First TN Bank** | | | **First TN Bank**<br>**PO Box 9595**<br>**Alcoa, TN 37701-9595** | | | | |

Sheet no. **25** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,099.11**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**First TN Bank** | | | **Universal Collection Systems**<br>**Agent for First TN Bank**<br>**5240 Mendenhall Park Pl**<br>**Memphis, TN 38115** | | | | |
| Account No. **572720712**<br>**Creditor #: 91**<br>**Flagstar Bank, FSB**<br>**301 W. Michigan Ave.**<br>**Jackson, MI 49201** | | **J** | **2003**<br>**Overdraft fees.** | | | | **267.97** |
| Account No.<br>**Additional Notice**<br>**Flagstar Bank, FSB** | | | **JJ Marshall & Assoc.**<br>**Agent for: Flagstar Bank**<br>**6060 Collection Dr.**<br>**Shelby Township, MI 48316** | | | | |
| Account No. **23592**<br>**Creditor #: 92**<br>**Foothills Podiatry PLLC**<br>**616 W. Lamar Alexander Pkwy**<br>**Maryville, TN 37801-3904** | | **J** | **2008**<br>**medical** | | | | **243.74** |
| Account No.<br>**Additional Notice**<br>**Foothills Podiatry PLLC** | | | **Revenue Recovery Corp**<br>**Agent for Foothills Podiatry PLLC**<br>**612 S Gay St 2nd Floor**<br>**P O Box 2698**<br>**Knoxville, TN 37901-2698** | | | | |

Sheet no. **26** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **511.71**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 93**<br>**GMAC**<br>**Bankruptcy Dept**<br>**2740 Arthur St**<br>**Saint Paul, MN 55113** | | **J** | **2002**<br>**Notice purpose only. Paid in prior chapter 13 case.** | | | | **Unknown** |
| Account No. **523272607**<br>**Creditor #: 94**<br>**Greentree Servicing**<br>**Mailstop L800M**<br>**800 Landmark Towers**<br>**345 St. Peter St.**<br>**Saint Paul, MN 55102** | | **H** | **2005**<br>**Billing services** | | | | **4,237.59** |
| Account No.<br>**Creditor #: 95**<br>**Greentree Servicing**<br>**Mailstop L800M**<br>**800 Landmark Towers**<br>**345 St. Peter St.**<br>**Saint Paul, MN 55102** | | **J** | **Notice purpose only** | | | | **0.00** |
| Account No. **0068069582**<br>**Creditor #: 96**<br>**Guideposts**<br>**PO Box 5808**<br>**Harlan, IA 51593** | | **J** | **Unknown**<br>**Mail order** | | | | **10.94** |
| Account No. **40028568353**<br>**Creditor #: 97**<br>**Hawthorne Architectural Register**<br>**c/o Northshore Agency**<br>**751 Summa Ave**<br>**Westbury, NY 11590** | | **J** | **Unknown**<br>**Collection acct.** | | | | **51.96** |

Sheet no. **27** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,300.49**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Hawthorne Architectural Register** | | | **North Shore Agency**<br>**Agent for Hawthorne Architectural Regstr**<br>**751 Summa Ave**<br>**Westbury, NY 11590** | | | | |
| Account No.<br>**Additional Notice**<br>**Hawthorne Architectural Register** | | | **Universal Fidelity LP**<br>**Agent for Hawthorne Architecture**<br>**P O Box 941911**<br>**Houston, TX 77094** | | | | |
| Account No.<br>**Creditor #: 98**<br>**Hawthorne Architecture**<br>**c/o John Lee Jackson, Atty**<br>**Universal Fidelity LP**<br>**1445 Langham Creek Dr.**<br>**Houston, TX 77084** | | **J** | **2006**<br>**mail order** | | | | **77.94** |
| Account No.<br>**Additional Notice**<br>**Hawthorne Architecture** | | | **Northshore Agency**<br>**Agent for Hawthorne Architectural Reg**<br>**751 Summa Ave**<br>**Westbury, NY 11590** | | | | |
| Account No. **400285683**<br>**Creditor #: 99**<br>**Hawthorne Architecture**<br>**c/o John Lee Jackson**<br>**PO Box 941911**<br>**Houston, TX 77094-8911** | | **J** | **2005**<br>**Northern Lights** | | | | **77.94** |

Sheet no. **28** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **155.88**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors — Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 100**<br>**Hedy Dziedzie**<br>**36945 Grant Rd**<br>**Romulus, MI 48174** | | **J** | **listed in prior C13, disputed, do not owe** | | | **X** | **Unknown** |
| Account No. **0400-26698100**<br>**Creditor #: 101**<br>**HRRG**<br>**Agent for SE Emer PHYS Group**<br>**P O Box 189053**<br>**Plantation, FL 33318-9053** | | **J** | **2006**<br>**Medical Services** | | | | **470.00** |
| Account No. **20523593**<br>**Creditor #: 102**<br>**Huron Valley Radiology**<br>**PO Box 77000 Dept. 77034**<br>**Detroit, MI 48277** | | **J** | **2004**<br>**Medical Service** | | | | **152.00** |
| Account No.<br>**Additional Notice**<br>**Huron Valley Radiology** | | | **OSI Collection Services Inc**<br>**Agent for Huron Valley Radiology**<br>**P O Box 983**<br>**Brookfield, WI 53008** | | | | |
| Account No. **700948**<br>**Creditor #: 103**<br>**Huron Valley Radiology**<br>**PO Box 77000 Dept. 77034**<br>**Detroit, MI 48277** | | **J** | **2005**<br>**Medical Services** | | | | **456.00** |

Sheet no. **29** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,078.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CHR-7224778-133**<br>**Creditor #: 104**<br>**Innovative Pathology Services PLLC**<br>**P O Box 30309**<br>**Charleston, SC 29417-0309** | | **J** | **2008**<br>**Medical Services** | | | | **180.16** |
| Account No. **SF10HO**<br>**Creditor #: 105**<br>**Kane, Fox, Berman, Rosenberg and Cohen**<br>**9840 Haggerty Rd.**<br>**Belleville, MI 48111** | | **J** | **2005**<br>**Medical** | | | | **90.00** |
| Account No. **36720**<br>**Creditor #: 106**<br>**Kavitha Fonduri, MD PC**<br>**34659 W. Michigan Ave.**<br>**Wayne, MI 48184** | | **J** | **2005**<br>**Medical Services** | | | | **44.88** |
| Account No. **145327**<br>**Creditor #: 107**<br>**Knoxville Cardiovascular Group**<br>**1940 Alcoa Highway Suite E310**<br>**Knoxville, TN 37920** | | **J** | **2006**<br>**Medical Services** | | | | **240.00** |
| Account No. **2999856**<br>**Creditor #: 108**<br>**LeConte Radiology**<br>**P O Box 10367**<br>**Knoxville, TN 37939-0367** | | **J** | **2006**<br>**Medical Services** | | | | **36.00** |

Sheet no. **30** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **591.04**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**LeConte Radiology** | | | **Optima Recovery Services**<br>**Agent for LeConte Radiology**<br>**6215 Kingston Pk Ste A**<br>**P O Box 52968**<br>**Knoxville, TN 37919** | | | | |
| Account No. **3371037**<br>**Creditor #: 109**<br>**LeConte Radiology**<br>**P O Box 10367**<br>**Knoxville, TN 37939-0367** | | **J** | **2008**<br>**medical** | | | | **90.73** |
| Account No.<br>**Additional Notice**<br>**LeConte Radiology** | | | **Optima Recovery Services**<br>**Agent for LeConte Radiology**<br>**6215 Kingston Pk Ste A**<br>**P O Box 52968**<br>**Knoxville, TN 37919** | | | | |
| Account No. **1226988**<br>**Creditor #: 110**<br>**LeConte Radiology**<br>**P O Box 10367**<br>**Knoxville, TN 37939-0367** | | **J** | **2008**<br>**medical** | | | | **73.00** |
| Account No.<br>**Additional Notice**<br>**LeConte Radiology** | | | **Optima Recovery Services**<br>**Agent for LeConte Radiology**<br>**6215 Kingston Pk Ste A**<br>**P O Box 52968**<br>**Knoxville, TN 37919** | | | | |

Sheet no. **31** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **163.73**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3248851**<br>**Creditor #: 111**<br>**LeConte Radiology**<br>**P O Box 10367**<br>**Knoxville, TN 37939-0367** | | **J** | **2007**<br>**Medical Services** | | | | **73.98** |
| Account No. **3380431**<br>**Creditor #: 112**<br>**LeConte Radiology**<br>**P O Box 10367**<br>**Knoxville, TN 37939-0367** | | **J** | **2008**<br>**Medical Services** | | | | **28.70** |
| Account No. **3355178**<br>**Creditor #: 113**<br>**LeConte Radiology**<br>**P O Box 10367**<br>**Knoxville, TN 37939-0367** | | **J** | **2008**<br>**Medical Services** | | | | **73.94** |
| Account No.<br>**Creditor #: 114**<br>**Liberty Tax Services**<br>**311 Foothills Mall Dr.**<br>**Maryville, TN 37801** | | **J** | **2008**<br>**tax preparation service** | | | | **30.00** |
| Account No. **018196-1**<br>**Creditor #: 115**<br>**Maryville Anesthesiologists PC**<br>**P O Box 10708**<br>**Knoxville, TN 37939-0708** | | **J** | **2008**<br>**Medical Services** | | | | **115.20** |

Sheet no. **32** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **321.82**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Maryville Anesthesiologists PC** | | | **Optima Recovery Services**<br>**Agent for Maryville Anesthesiology PC**<br>**6215 Kingston Pk Ste A**<br>**P O Box 52968**<br>**Knoxville, TN 37919** | | | | |
| Account No. **018196-1**<br>**Creditor #: 116**<br>**Maryville Anesthesiologists PC**<br>**P O Box 10708**<br>**Knoxville, TN 37939-0708** | | **J** | **2008**<br>**Medical Services** | | | | **80.00** |
| Account No. **018196-1**<br>**Creditor #: 117**<br>**Maryville Anesthesiologists PC**<br>**P O Box 10708**<br>**Knoxville, TN 37939-0708** | | **J** | **2008**<br>**Medical Services** | | | | **195.20** |
| Account No. **860209**<br>**Creditor #: 118**<br>**Maryville Orthopaedic Clinic**<br>**827 E. Lamar Alexander Pkwy**<br>**Maryville, TN 37804** | | **H** | **2006**<br>**Medical** | | | | **333.00** |
| Account No. **27261-1**<br>**Creditor #: 119**<br>**Maryville Surgical Center**<br>**763 E. Lamar Alexander Pkwy**<br>**Maryville, TN 37804** | | **J** | **2008**<br>**medical** | | | | **164.22** |

Sheet no. **33** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **772.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3HL08889**<br>**Creditor #: 120**<br>**MCI**<br>**P O Box 9644**<br>**Mission Hills, CA 91346-9644** | | **J** | **2006**<br>**Utility** | | | | **169.73** |
| Account No.<br>**Creditor #: 121**<br>**Metropolitan Anesthesiology**<br>**2006 Hogback Rd., Suite 5**<br>**Ann Arbor, MI 48105-9750** | | **J** | **listed in prior C13** | | | | **Unknown** |
| Account No. **1195552**<br>**Creditor #: 122**<br>**Michael D**<br>**c/o Optima Recovery Services LLC**<br>**PO Box 52968**<br>**Knoxville, TN 37950-2968** | | **J** | **2008**<br>**medical** | | | | **197.76** |
| Account No.<br>**Creditor #: 123**<br>**MichCon**<br>**Box 900**<br>**Detroit, MI 48268-0900** | | **J** | **listed in prior C13** | | | | **Unknown** |
| Account No. **108420-02**<br>**Creditor #: 124**<br>**Michigan Cardiology Associates, PC**<br>**PO Box 633975**<br>**Cincinnati, OH 45263-3975** | | **J** | **2005**<br>**Medical Services** | | | | **140.00** |

Sheet no. **34** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **507.49**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 13152618<br>Creditor #: 125<br>National Magazine Exchange<br>16120 US 19 North<br>PO Box 9083<br>Clearwater, FL 33758-9083 | | J | 2005<br>Subscription Service | | | | 44.72 |
| Account No. 0015586103<br>Creditor #: 126<br>NCO Portfolio<br>c/o First National Collection Bureau<br>610 Waltham<br>Sparks, NV 89434 | | J | 2007<br>Not Listed | | | | 255.85 |
| Account No. Unknown<br>Creditor #: 127<br>Neurological Surgery<br>Medical Office Bldg. C<br>UT Medical Center<br>1932 Alcoa Hwy., Ste. 280<br>Knoxville, TN 37920 | | J | Unknown<br>Medical Services | | | | 22.92 |
| Account No. 303171052<br>Creditor #: 128<br>Oakwood Anapolis<br>23400 Michigan Ave.<br>Dearborn, MI 48124 | | J | 2004<br>Medical | | | | 75.00 |
| Account No. 304455934<br>Creditor #: 129<br>Oakwood Anapolis<br>PO Box 2805<br>Dearborn, MI 48123-2805 | | J | 2006<br>Medical | | | | 20.17 |

Sheet no. 35 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **418.66**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
, Debtors

Case No. ______________________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Oakwood Anapolis** | | | **PARC**<br>**Agent for Oakwood Annapolis**<br>**Hospital**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | | | | |
| Account No. **303941058**<br>**Creditor #: 130**<br>**Oakwood Anapolis**<br>**23400 Michigan Ave.**<br>**Dearborn, MI 48124** | | **J** | **2005**<br>**medical** | | | | **71.18** |
| Account No. **304514052**<br>**Creditor #: 131**<br>**Oakwood Annaplolis**<br>**PO Box 2805**<br>**Dearborn, MI 48123-2805** | | **J** | **2005**<br>**Medical Services** | | | | **42.63** |
| Account No.<br>**Additional Notice**<br>**Oakwood Annaplolis** | | | **PARC**<br>**Agent for Oakwood Annapolis**<br>**Hospital**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | | | | |
| Account No. **304480239**<br>**Creditor #: 132**<br>**Oakwood Annaplolis**<br>**PO Box 2805**<br>**Dearborn, MI 48123-2805** | | **J** | **2005**<br>**Medical Services** | | | | **888.58** |

Sheet no. **36** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,002.39**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **303471114**<br>**Creditor #: 133**<br>**Oakwood Annaplolis**<br>**PO Box 2805**<br>**Dearborn, MI 48123-2805** | | **J** | **2004**<br>**Medical Services** | | | | **265.00** |
| Account No.<br>**Additional Notice**<br>**Oakwood Annaplolis** | | | **PARC**<br>**Agent for Oakwood Annapolis Hospital**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | | | | |
| Account No. **302807615**<br>**Creditor #: 134**<br>**Oakwood Annaplolis**<br>**PO Box 2805**<br>**Dearborn, MI 48123-2805** | | **J** | **2003**<br>**Medical Services** | | | | **8,417.30** |
| Account No. **303171052**<br>**Creditor #: 135**<br>**Oakwood Annapolis Hospital**<br>**Premium Asset Recovery Corporation**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | | **J** | **2004**<br>**medical** | | | | **75.00** |
| Account No.<br>**Additional Notice**<br>**Oakwood Annapolis Hospital** | | | **Premium Asset Recovery Corporation**<br>**Agent for Oakwood Annapolis Hospital**<br>**PO Box 1810**<br>**Warren, MI 48090-1810** | | | | |

Sheet no. **37** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,757.30**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 52201X4040<br>Creditor #: 136<br>Oakwood Laboratories<br>23400 Michigan ave. Ste. 502<br>Dearborn, MI 48124-1985 | | J | 2005<br>Medical Services | | | | 49.00 |
| Account No. 1080110161<br>Creditor #: 137<br>Parkwest Surgery Center<br>9300 Parkwest Blvd Ste 210<br>Knoxville, TN 37923 | | J | 2008<br>Medical Services | | | | 296.00 |
| Account No.<br>Additional Notice<br>Parkwest Surgery Center | | | Revenue Recovery Corp<br>Agent for Parkwest Surgery Center<br>612 S Gay St 2nd Floor<br>P O Box 2698<br>Knoxville, TN 37901-2698 | | | | |
| Account No. 26670<br>Creditor #: 138<br>Parkwest Surgery Center<br>9300 Parkwest Blvd Ste 210<br>Knoxville, TN 37923 | | H | 2007<br>Medical Services | | | | 296.59 |
| Account No. 0400-26698100<br>Creditor #: 139<br>Physician Services<br>c/o HRRG PO Box 189053<br>Fort Lauderdale, FL 33318-9053 | | J | 2007<br>Medical | | | | 317.00 |

Sheet no. 38 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 958.59

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**, Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **080767784**<br>**Creditor #: 140**<br>**Professional Emer Care**<br>**c/o Parc**<br>**PO Box 1810**<br>**Warren, MI 48090-1810** | | **J** | **2003**<br>**Medical** | | | | **235.00** |
| Account No. **158342**<br>**Creditor #: 141**<br>**Professional Emerg Care**<br>**DEPT 77974**<br>**PO Box 77000**<br>**Detroit, MI 48277-0974** | | **J** | **2004**<br>**Medical** | | | | **173.00** |
| Account No. **158342**<br>**Creditor #: 142**<br>**Professional Emergency Care, PC**<br>**Dept. 77974**<br>**PO Box 77000**<br>**Detroit, MI 48277-0974** | | **J** | **2005**<br>**Medical Services** | | | | **482.00** |
| Account No.<br>**Additional Notice**<br>**Professional Emergency Care, PC** | | | **Steven A Brown**<br>**Agent for Professional Emergency Care**<br>**3500 Easy St. Suite 200**<br>**PO Box 2474**<br>**Kalamazoo, MI 49003** | | | | |
| Account No.<br>**Additional Notice**<br>**Professional Emergency Care, PC** | | | **United Collection Bureau Inc**<br>**Agent for Professional Emergency Care**<br>**5620 Southwyck Blvd Ste 206**<br>**Toledo, OH 43614** | | | | |

Sheet no. **39** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **890.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **01792770990**<br>**Creditor #: 143**<br>**Publishers Clearing House**<br>**P O Box 26311**<br>**Lehigh Valley, PA 18002-6311** | | **J** | **2008**<br>**Subscription Service** | | | | **130.70** |
| Account No.<br>**Additional Notice**<br>**Publishers Clearing House** | | | **Island National Group**<br>**Agent for: Publishers Clearing House**<br>**6851 Jericho Turnpike, Ste 180**<br>**Syosset, NY 11791** | | | | |
| Account No. **014671269811**<br>**Creditor #: 144**<br>**Publishers Clearing House**<br>**P O Box 26311**<br>**Lehigh Valley, PA 18002-6311** | | **J** | **2004**<br>**Subscription service** | | | | **156.59** |
| Account No. **01656852538**<br>**Creditor #: 145**<br>**Publishers Clearing House**<br>**P O Box 26311**<br>**Lehigh Valley, PA 18002-6311** | | **J** | **Unknown**<br>**Subscription Service** | | | | **23.44** |
| Account No. **01467126981**<br>**Creditor #: 146**<br>**Publishers Clearing House**<br>**P O Box 26311**<br>**Lehigh Valley, PA 18002-6311** | | **J** | **2005**<br>**Subscription service** | | | | **78.04** |

Sheet no. **40** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **388.77**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **302630610644**<br>**Creditor #: 147**<br>**Publishers Clearing House**<br>**P O Box 26311**<br>**Lehigh Valley, PA 18002-6311** | | **J** | **Unknown**<br>**Mail Order** | | | | **27.57** |
| Account No. **Unknown**<br>**Creditor #: 148**<br>**Quick Check Advance**<br>**704 W Lamar Alexander Pkwy**<br>**Maryville, TN 37801** | | **J** | **2008**<br>**Check Advance** | | | | **230.00** |
| Account No. **Unknown**<br>**Creditor #: 149**<br>**Quick Check Advance**<br>**704 W Lamar Alexander Pkwy**<br>**Maryville, TN 37801** | | **J** | **Unknown**<br>**Check Advance** | | | | **260.00** |
| Account No. **501750**<br>**Creditor #: 150**<br>**Reid & Stanley MD**<br>**1932 Alcoa Hwy. Ste. 280**<br>**Knoxville, TN 37920** | | **J** | **2006**<br>**Medical Services** | | | | **22.92** |
| Account No. **14826**<br>**Creditor #: 151**<br>**Rheumatology Associates of ETN**<br>**324 Park 40 N. Blvd.**<br>**Knoxville, TN 37923** | | **J** | **2006**<br>**Medical Services** | | | | **82.88** |

Sheet no. **41** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **623.37**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Rheumatology Associates of ETN** | | | **Reliable Recovery Service**<br>**Agent for Rheumatology Associates**<br>**5015 N Broadway Ste 204**<br>**Knoxville, TN 37918** | | | | |
| Account No.<br>**Creditor #: 152**<br>**Richard P. McClure**<br>**Attorney**<br>**122 S. Street**<br>**Belleville, MI 48111-2939** | | **J** | **listed in prior C13** | | | | **295.00** |
| Account No. **116105**<br>**Creditor #: 153**<br>**Roseman & Budayr, PC**<br>**405 BMH Cancer Center**<br>**Maryville, TN 37804** | | **J** | **2008**<br>**medical** | | | | **2,522.39** |
| Account No. **5654927**<br>**Creditor #: 154**<br>**Rural Metro of Tennessee**<br>**PO Box 1026**<br>**Scottsdale, AZ 85252-1026** | | **H** | **2006**<br>**Medical** | | | | **629.25** |
| Account No.<br>**Additional Notice**<br>**Rural Metro of Tennessee** | | | **Optima Recovery Services**<br>**Agent for Rural Metro Ambulance Service**<br>**6215 Kingston Pk Ste A**<br>**P O Box 52968**<br>**Knoxville, TN 37919** | | | | |

Sheet no. **42** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,446.64**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 155**<br>**S.K.Y.L. Physiatrist, P.C.I.K. Yoon MD**<br>**17000 Hubbard Dr, Suite 800**<br>**Dearborn, MI 48126-4205** | | **J** | **medical, listed in prior C13** | | | | **Unknown** |
| Account No. **734-461-9717-970-0**<br>**Creditor #: 156**<br>**SBC**<br>**Bill Payment Center**<br>**Saginaw, MI 48663-0003** | | **J** | **2005**<br>**Utility** | | | | **93.08** |
| Account No. **7344619717970**<br>**Creditor #: 157**<br>**SBC**<br>**c/o NCO Financial Systems**<br>**PO Box 4909**<br>**Trenton, NJ 08650-4909** | | **J** | **2007**<br>**Medical** | | | | **255.85** |
| Account No.<br>**Creditor #: 158**<br>**SBC Midwest Res**<br>**c/o Southwest Credit**<br>**5910 W. Plano Pkwy, Suite 100**<br>**Plano, TX 75093-4638** | | **J** | **collection account** | | | | **0.00** |
| Account No. **26698100-400-4529**<br>**Creditor #: 159**<br>**SE Emergency Physicians**<br>**P O Box 740023**<br>**Cincinnati, OH 45274** | | **J** | **2008**<br>**Medical Services** | | | | **69.67** |

Sheet no. **43** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **418.60**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**, Debtors

Case No. ____________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **26698100-400-4529**<br>**Creditor #: 160**<br>**SE Emergency Physicians**<br>**Alcoa Billing Center**<br>**3429 Regal Dr.**<br>**Alcoa, TN 37701-3265** | | **J** | **2006**<br>**Medical** | | | | **666.00** |
| Account No.<br>**Additional Notice**<br>**SE Emergency Physicians** | | | **IMBS**<br>**Agent for SE Emergency Physicians**<br>**P O Box 189053**<br>**Plantation, FL 33318-9053** | | | | |
| Account No. **26698100-400-4529**<br>**Creditor #: 161**<br>**SE Emergency Physicians**<br>**P O Box 740023**<br>**Cincinnati, OH 45274** | | **J** | **2006**<br>**medical** | | | | **207.00** |
| Account No.<br>**Additional Notice**<br>**SE Emergency Physicians** | | | **MedClear Inc**<br>**Agent for SE Emercency Physicians**<br>**507 Prudential Rd**<br>**Horsham, PA 19044-2308** | | | | |
| Account No. **26698100-400-6514**<br>**Creditor #: 162**<br>**SE Emergency Physicians**<br>**P O Box 740023**<br>**Cincinnati, OH 45274** | | **J** | **2008**<br>**medial** | | | | **470.00** |

Sheet no. **44** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,343.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 700948<br>**Creditor #: 163**<br>**SE Radiology Associates, PC**<br>**PO Box 77000 Dept. 771061**<br>**Detroit, MI 48277** | | J | **2005**<br>**Medical Services** | | | | **465.36** |
| Account No.<br>**Additional Notice**<br>**SE Radiology Associates, PC** | | | **United Collection Bureau Inc**<br>**Agent for Southeast Radiology**<br>**5620 Southwyck Blvd Ste 206**<br>**Toledo, OH 43614** | | | | |
| Account No.<br>**Creditor #: 164**<br>**Social Security Administration**<br>**ATTN: General Counsel**<br>**Room 617 Altmeyer Building**<br>**6401 Security Blvd.**<br>**Baltimore, MD 21235** | | J | **2006**<br>**overpayment** | | | | **5,407.00** |
| Account No.<br>**Additional Notice**<br>**Social Security Administration** | | | **Suzanne H. Bauknight**<br>**U.S. Attorney's Office**<br>**Howard H. Baker, Jr. U.S. Courthouse**<br>**800 Market St. Ste. 211**<br>**Knoxville, TN 37902** | | | | |
| Account No. 700948<br>**Creditor #: 165**<br>**South East Radiology**<br>**c/o United Collection Bureau Inc**<br>**5620 Southwyck Blvd Ste 206**<br>**Toledo, OH 43614** | | J | **Unknown**<br>**Collection acct. - Medical Services** | | | | **904.00** |

Sheet no. 45 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,776.36**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 166**<br>**Southeastern Ortho-Maryville**<br>**PO Box 11463**<br>**Knoxville, TN 37939-1463** | | J | **2008**<br>**medical** | | | | **333.00** |
| Account No.<br>**Additional Notice**<br>**Southeastern Ortho-Maryville** | | | **Thompson & Booth PC**<br>**Agent for Southeastern**<br>**Ortho-Maryville**<br>**P O Box 11463**<br>**Knoxville, TN 37939** | | | | |
| Account No. **860209**<br>**Creditor #: 167**<br>**Southeastern Retina Associates PC**<br>**1225 Weisgarber Rd Ste 380 S**<br>**Knoxville, TN 37909** | | J | **2006**<br>**Medical Services** | | | | **333.00** |
| Account No. **P58707**<br>**Creditor #: 168**<br>**Specialty Merchandise Corp.**<br>**c/o CPS Security**<br>**PO Box 782408**<br>**San Antonio, TX 78278** | | J | **Uknown**<br>**Collection acct.** | | | | **447.00** |
| Account No.<br>**Additional Notice**<br>**Specialty Merchandise Corp.** | | | **Check Plus Systems**<br>**Agent For Specialty Merchanidise**<br>**Corp.**<br>**PO Box 782408**<br>**San Antonio, TX 78278-2408** | | | | |

Sheet no. **46** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,113.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 002471-205235934338<br>Creditor #: 169<br>St. Joseph Health System<br>PO Box 371906<br>Pittsburgh, PA 15250-7906 | | J | Unknown<br>Medical Services | | | | 1,189.00 |
| Account No.<br>Additional Notice<br>St. Joseph Health System | | | Computer Credit, Inc<br>Agent for St. Josephs Hospital<br>640 West Forth St.<br>PO Box 5238<br>Winston Salem, NC 27113 | | | | |
| Account No. 4592636<br>Creditor #: 170<br>St. Joseph Mercy Ann Arbor<br>c/o Merchants and Medical Credit Corp<br>6324 Taylor Drive<br>Flint, MI 48507-4685 | | J | 2006<br>medical | | | | 75.00 |
| Account No.<br>Additional Notice<br>St. Joseph Mercy Ann Arbor | | | NCO MEDCLEAR<br>Agent for SE Emergency Physicians<br>507 Prudential Rd<br>Horsham, PA 19044 | | | | |
| Account No. 02718807-5159<br>Creditor #: 171<br>St. Joseph Mercy Health System<br>PO Box 993<br>Ann Arbor, MI 48106-0993 | | J | 2005<br>Medical | | | | 75.00 |

Sheet no. 47 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 1,339.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 02718807-5108<br>Creditor #: 172<br>St. Joseph Mercy Health System<br>PO Box 993<br>Ann Arbor, MI 48106-0993 | | J | 2006<br>medical | | | | 21.74 |
| Account No.<br>Creditor #: 173<br>Stacy Simmons<br>c/o Carolyn Welch<br>6350 Hyde Park<br>Romulus, MI 48174-4204 | | J | listed in prior C13 | | | | Unknown |
| Account No. 304681052<br>Creditor #: 174<br>T-Mobile<br>c/o Bay Area Credit Service Inc<br>PO Box 1207<br>Pittsburg, CA 94565 | | J | Unknown<br>Collection acct. - Cell Phone | | | | 549.09 |
| Account No.<br>Additional Notice<br>T-Mobile | | | Bureau of Collection Recovery Inc<br>Agent for T-Mobile<br>7575 Corporate Way<br>Eden Prairie, MN 55344 | | | | |
| Account No.<br>Additional Notice<br>T-Mobile | | | Sunrise Credit Services, Inc.<br>Agent for T-Mobile<br>260 Airport Plaza<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | | | | |

Sheet no. 48 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 570.83

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**T-Mobile** | | | **T-Mobile**<br>**23000 Eureka Rd.**<br>**Taylor, MI 48180** | | | | |
| Account No. **5293618**<br>**Creditor #: 175**<br>**Tabak's Health Products**<br>**1622 Deere Ave.**<br>**Irvine, CA 92606** | | **J** | **2005**<br>**Medical Services** | | | | **35.97** |
| Account No. **06-5435-9769**<br>**Creditor #: 176**<br>**Taste of Home**<br>**Reiman Publications**<br>**PO Box 5294**<br>**Harlan, IA 51593-0794** | | **J** | **Unknown**<br>**Mail Order** | | | | **10.00** |
| Account No. **620779**<br>**Creditor #: 177**<br>**Tennessee Orthopaedic Clinics PC**<br>**P O Box 32569**<br>**Knoxville, TN 37930-2569** | | **J** | **2008**<br>**Medical Services** | | | | **203.98** |
| Account No. **620779**<br>**Creditor #: 178**<br>**Tennessee Orthopaedic Clinics PC**<br>**P O Box 32569**<br>**Knoxville, TN 37930-2569** | | **H** | **2007**<br>**Medical Services** | | | | **756.87** |

Sheet no. **49** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,006.82**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **620779**<br>**Creditor #: 179**<br>**Tennessee Orthopaedic Clinics PC**<br>**P O Box 32569**<br>**Knoxville, TN 37930-2569** | | **J** | **2007**<br>**Medical Services** | | | | **424.56** |
| Account No.<br>**Creditor #: 180**<br>**The Billing Center**<br>**A Division of Time Inc.**<br>**PO Box 60011**<br>**Tampa, FL 33660** | | **J** | **2006**<br>**mail order** | | | | **25.00** |
| Account No. **01-02183-001**<br>**Creditor #: 181**<br>**The Bradford Exchange**<br>**9333 Milwaukee Ave.**<br>**Niles, IL 60714** | | **J** | **Unknown**<br>**Mail order** | | | | **45.94** |
| Account No.<br>**Additional Notice**<br>**The Bradford Exchange** | | | **Universal Fidelity LP**<br>**Agent for The Bradford Exchange**<br>**P O Box 941911**<br>**Houston, TX 77094** | | | | |
| Account No. **38040700305**<br>**Creditor #: 182**<br>**The Needlecraft Shop**<br>**PO Box 9000**<br>**Big Sandy, TX 75755-9000** | | **J** | **Unknown**<br>**Mail order** | | | | **30.91** |

Sheet no. **50** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **526.41**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore, Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown**<br>**Creditor #: 183**<br>**TN Bank**<br>**1311 W. Lamar Alexander Pkwy.**<br>**Maryville, TN 37803** | | **J** | **Unknown**<br>**Overdraft fee** | | | | **600.00** |
| Account No. **70990**<br>**Creditor #: 184**<br>**TN Urology Assoc DBA Urology Consultants**<br>**7557 Dannaher Way #230**<br>**Powell, TN 37849** | | **J** | **2006**<br>**Medical Services** | | | | **173.29** |
| Account No. **80121**<br>**Creditor #: 185**<br>**TN Urology Assoc DBA Urology Consultants**<br>**7557 Dannaher Way #230**<br>**Powell, TN 37849** | | **J** | **2008**<br>**medical** | | | | **29.47** |
| Account No. **26698100-400-6514**<br>**Creditor #: 186**<br>**Univ of Tenn Medical Center**<br>**c/o Alcoa Billing Center**<br>**3429 Regal Dr.**<br>**Alcoa, TN 37701-3265** | | **J** | **2008**<br>**Medical** | | | | **317.00** |
| Account No. **001402357-0002**<br>**Creditor #: 187**<br>**Univ. of TN Memorial Hospital**<br>**aka University Health System, Inc.**<br>**PO Box 51368**<br>**Knoxville, TN 37950-1388** | | **J** | **2007**<br>**Medical Services** | | | | **633.50** |

Sheet no. **51** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,753.26**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**Univ. of TN Memorial Hospital** | | | **Thompson & Booth PC**<br>**Agent for University Health System, Inc.**<br>**P O Box 11463**<br>**Knoxville, TN 37939** | | | | |
| Account No. **001402357-0002**<br>**Creditor #: 188**<br>**Univ. of TN Memorial Hospital 2**<br>**PO Box 51368**<br>**Knoxville, TN 37950-1388** | | **J** | **2007**<br>**Medical Services** | | | | **100.00** |
| Account No. **001402357-0001**<br>**Creditor #: 189**<br>**University Of Tennessee Medical Center**<br>**PO Box 51388**<br>**Knoxville, TN 37950-1388** | | **J** | **2006**<br>**Medical** | | | | **413.89** |
| Account No.<br>**Additional Notice**<br>**University Of Tennessee Medical Center** | | | **Revenue Recovery Corp**<br>**Agent for Univ of TN Medical Ctr**<br>**612 S Gay St 2nd Floor**<br>**P O Box 2698**<br>**Knoxville, TN 37901-2698** | | | | |
| Account No.<br>**Creditor #: 190**<br>**University Radiologists**<br>**5401 Kingston Pk Ste 320**<br>**Knoxville, TN 37919** | | **J** | **2008**<br>**Medical Services** | | | | **23.61** |

Sheet no. **52** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **537.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
, Debtors

Case No. ______________________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Additional Notice**<br>**University Radiologists** | | | **Reports Inc**<br>**Agent for University Radiologists**<br>**P O Box 10305**<br>**601 Concord St Ste 116**<br>**Knoxville, TN 37939** | | | | |
| Account No.<br>**Creditor #: 191**<br>**Urology Affiliates in Center for Excellence**<br>**1651 Venoy Rd.**<br>**Westland, MI 48186-5514** | | **J** | **listed in prior C13** | | | | **Unknown** |
| Account No. **9177**<br>**Creditor #: 192**<br>**US Dept of Education**<br>**50 United Nations Plaza**<br>**ATTN: Litigations Unit**<br>**San Francisco, CA 94102** | | **J** | **student loan** | | | | **1,462.15** |
| Account No.<br>**Additional Notice**<br>**US Dept of Education** | | | **Educational Credit Management Corporatio**<br>**ATTN: Treasury Offset**<br>**PO Box 1708**<br>**Saint Paul, MN 55101** | | | | |
| Account No.<br>**Additional Notice**<br>**US Dept of Education** | | | **Suzanne H. Bauknight**<br>**U.S. Attorney's Office**<br>**Howard H. Baker, Jr. U.S. Courthouse**<br>**800 Market St. Ste. 211**<br>**Knoxville, TN 37902** | | | | |

Sheet no. **53** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,462.15**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0102945500**<br>**Creditor #: 193**<br>**Vascular Clinical Assoc.**<br>**c/o First Federal Credit Con**<br>**24700 Chagrin Blvd. Ste 2**<br>**Cleveland, OH 44122** | | **J** | **2004**<br>**medical** | | | | **75.00** |
| Account No. **X0323783-HC-SST540-666**<br>**Creditor #: 194**<br>**Vicki Anton Athens, DPM**<br>**19723 Allen Rd.**<br>**Trenton, MI 48183** | | **J** | **2005**<br>**Medical Sevices** | | | | **173.98** |
| Account No.<br>**Additional Notice**<br>**Vicki Anton Athens, DPM** | | | **IC Systems**<br>**Agent for Vicki Antonathens, DPM, PC**<br>**P O Box 64378**<br>**St Paul, MI 53164-0378** | | | | |
| Account No. **7344798383**<br>**Creditor #: 195**<br>**Vicki Antonathens DPM PC**<br>**19723 Allen Rd.**<br>**Trenton, MI 48183** | | **J** | **2005**<br>**Medical** | | | | **171.41** |
| Account No. **759540**<br>**Creditor #: 196**<br>**Village Squire I II**<br>**c/o National Credit Systems**<br>**3800 Camp Creek Pkwy B18**<br>**Atlanta, GA 30331** | | **J** | **2003**<br>**appears on credit report** | | | | **780.00** |

Sheet no. **54** of **55** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **1,200.39**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**
Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 197**<br>**Washington Mutual Card Services**<br>**FDBA Providian National**<br>**PO Box 9016**<br>**Pleasanton, CA 94566-9016** | | **J** | **Charge Card** | | | | **Unknown** |
| Account No. **7101**<br>**Creditor #: 198**<br>**Wayne Westland Cardiology**<br>**975 Meriiman**<br>**Westland, MI 48186** | | **J** | **2003 - 2004**<br>**Medical Services** | | | | **525.48** |
| Account No. **3340315**<br>**Creditor #: 199**<br>**West Asset Management**<br>**Agent for: SE Emer Phys Group**<br>**PO Box 2348**<br>**Sherman, TX 75091** | | **H** | **2006**<br>**Medical** | | | | **414.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 55 of 55 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **939.48**

Total (Report on Summary of Schedules): **82,014.76**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**

Debtors

Case No. ______________________________

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mark & Melissa Jackson**<br>**5281 Pryor Rd.**<br>**Maryville, TN 37804** | **House Lease - ASSUME** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Michael Dale Spoonamore,**
**Linda Kay Spoonamore**, Debtors

Case No. ____________

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Michael Dale Spoonamore**
**Linda Kay Spoonamore**
Debtor(s)

Case No.

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Married** | **None.** | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Cashier** | |
| Name of Employer | **Easy Stop Exxon** | **Disabled** |
| How long employed | **2 yrs** | |
| Address of Employer | **1764 W. Broadway**<br>**Maryville, TN 37803** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,443.04** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,443.04** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **138.36** | $ **0.00** |
| b. Insurance | $ **118.56** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **256.92** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,186.12** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance | | |
| (Specify): **Social Security** | $ **0.00** | $ **632.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income | | |
| (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **632.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,186.12** | $ **632.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **1,818.12** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor husband Sch I is the average of paystubs dated 08/01/08 - 09/30/08. Debtor has had 2 back surgeries in the last 6 months and these stubs reflect the average of income if working regular sch.**

B6J (Official Form 6J) (12/07)

In re Michael Dale Spoonamore
Linda Kay Spoonamore
Debtor(s)

Case No. ________

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 650.00 |
| a. Are real estate taxes included? Yes ___ No X | |
| b. Is property insurance included? Yes ___ No X | |
| 2. Utilities: a. Electricity and heating fuel | $ 140.00 |
| b. Water and sewer | $ 28.00 |
| c. Telephone | $ 0.00 |
| d. Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 250.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 10.00 |
| 7. Medical and dental expenses | $ 135.00 |
| 8. Transportation (not including car payments) | $ 130.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 92.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other Pet Care | $ 8.00 |
| Other Tobbaco | $ 40.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 1,483.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 1,818.12 |
| b. Average monthly expenses from Line 18 above | $ 1,483.00 |
| c. Monthly net income (a. minus b.) | $ 335.12 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Michael Dale Spoonamore**
**Linda Kay Spoonamore**
Debtor(s)

Case No. ______
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **70** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 6, 2008** Signature **/s/ Michael Dale Spoonamore**
**Michael Dale Spoonamore**
Debtor

Date **October 6, 2008** Signature **/s/ Linda Kay Spoonamore**
**Linda Kay Spoonamore**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Michael Dale Spoonamore**
**Linda Kay Spoonamore**
Debtor(s)

Case No. ______
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 6, 2008**

**/s/ Michael Dale Spoonamore**
**Michael Dale Spoonamore**
Signature of Debtor

Date: **October 6, 2008**

**/s/ Linda Kay Spoonamore**
**Linda Kay Spoonamore**
Signature of Debtor

Date: **October 6, 2008**

**/s/ Cynthia T. Lawson**
Signature of Attorney
**Cynthia T. Lawson 018397**
**Bond, Botes & Lawson, P.C.**
**5418 Clinton Highway**
**Knoxville, TN 37912**
**(865) 687-0733 Fax: (865) 687-7781**

Software Copyright (c) 1996-2002 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Michael Dale Spoonamore**
**Linda Kay Spoonamore**

Debtor(s)

Case No. ____________

Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**Official Form 1, Exh. D (10/06) - Cont.**

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Michael Dale Spoonamore**
**Michael Dale Spoonamore**

Date: **October 6, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Michael Dale Spoonamore**
**Linda Kay Spoonamore**
Debtor(s)

Case No. ____
Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**Official Form 1, Exh. D (10/06) - Cont.**

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Linda Kay Spoonamore**
**Linda Kay Spoonamore**

Date: **October 6, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

AAA Michigan
1 Auto Club Drive
Dearborn, MI 48126-2694

Advance America Cash Advance
241 N Calderwood St
Alcoa, TN 37701

Alexandria Vaneck Co. LPA
Agent for Annapolis Hospital
5660 Southwyck Blvd. #110
Toledo, OH 43614

Alexandrial Vaneck Co., LPA
Agent for Anapolis Hospital
5660 Southwyck Blvd. #110
Toledo, OH 43614

Allied Data Corporation
Agent for: Avon Products Inc.
13111 Westheimer, Ste 400
Houston, TX 77077-5547

Allied Interstate
Agent for not listed
3000 Corporate Exchange Dr 5th Floor
Columbus, OH 43231

Alpena Collision Alignment and Towing
Service Inc.
249 North Ripley
Alpena, MI 49707-2925

Alpena Power Company
310 North Second Ave.
PO Box 188
Alpena, MI 49707-0188

Anesthesia Medical Alliance of East TN
501 20th St Ste 606
Knoxville, TN 37916

Angels On Earth
c/o Guideposts
39 Seminary Hill Rd.
Carmel, NY 10512

Animal Health Center
c/o Maryville Collections Service
556 E Broadway
P O Box 4416
Maryville, TN 37802

Ann Arbor Credit Bureau
311 North Main St.
Ann Arbor, MI 48104-1133

Annapolis Hospital
c/o United Collection Bureau Inc
5620 Southwyck Blvd Ste 206
Toledo, OH 43614

Annapolis Hospital 780
2020 Lindell Ave.
Nashville, TN 37203-5509

ARC
PO Box 212489
Augusta, GA 30917-2489

Arrow Financial Services
Agent for Charter One Bank
5996 W Touhy Ave
Niles, IL 60714-4610

Arthritis Consultants PC
PO Box 44047
Detroit, MI 48244-0047

Assoc. of Univ Radiologist
5401Kingston Pike Ste 540
Knoxville, TN 37919

AT&T
P O Box 105503
Atlanta, GA 30348-5503

AT&T Wireless
ATTN: National Correspondence Team
PO Box 6028
Artesia, CA 90702-6028

Atmos Energy
PO Box 9001949
Louisville, KY 40290-1949

Avon Products, Inc.
6901 Golf Rd.
Morton Grove, IL 60053

Backyard Living
PO Box 992
Greendale, WI 53129-0992

Bellsouth
c/o OSI Collection Services Inc
P O Box 983
Brookfield, WI 53008

Beyers Hospital

Bioteck Clinical Lab
c/o Audit Systems, LLC
19500 Middlebelt Rd., Ste. 220W
Livonia, MI 48152

Birds & Blooms
Reiman Publications
PO Box 992
Greendale, WI 53129

Blount Gastroenterology Assoc.
1706 E. Lamar Alexander Pkwy
Maryville, TN 37804

Blount Memorial Hospital
907 E Lamar Alexander Pkwy
Maryville, TN 37804-5016

Blount Memorial Hospital
c/o Alcoa Billing Center
3429 Regal Dr.
Alcoa, TN 37701-3265

Blount Memorial Hospital
c/o Alcoa Billing Systems
Alcoa, TN 37701-3265

Blount Memorial Hospital
c/o Alcoa Billing
3429 Regal Dr.
Alcoa, TN 37701-3265

Blount Memorial Hospital
c/o Alcoa Billing
3429 Regal Dr.
Alcoa, TN 37701-3265

Blount Memorial Hospital
c/o RMB
409 Bearden Park Circle
Knoxville, TN 37919

Blount Memorial Physicians Group
701 Morgantown Square
Maryville, TN 37801-4796

Blount Pathologists PLLC
P O Box 51883
Knoxville, TN 37950-1883

BMH DBA Good Samaratian Clinic
701 Morganton Rd.
Maryville, TN 37801

BMH DBA Good Samaritan Clinic
701 Morganion Square
Maryville, TN 37801

Bureau of Collection Recovery Inc
Agent for T-Mobile
7575 Corporate Way
Eden Prairie, MN 55344

C&W Services
dba Carl's Garbage Service
576 Foothills Plaza Dr Ste 180
Maryville, TN 37801

Cardiovascular Clinical Associates
Drawer 641508 Box 64000
Detroit, MI 48264

CBCS
Agent for Bellsouth
236 E Town St
Columbus, OH 43215

Charter Communications
c/o Credit Protection Association LP
1355 Noel Rd Ste 2100
Dallas, TX 75240

Charter Communications
P O Box 9001928
Louisville, KY 40290-1928

Charter Communications
1774 Henry G Lane St.
Maryville, TN 37804

Charter One Bank
1 Citizens Drive
RDC-265
Riverside, RI 02915

Check N Go
c/o AAM
PO Box 379
Oaks, PA 19456

Check Plus Systems
Agent For Specialty Merchanidise Corp.
PO Box 782408
San Antonio, TX 78278-2408

Chex Systems
Consumer Relations
7805 Hudson Rd Ste 100
Woodbury, MN 55125

Cingular / AT&T
P O Box 538641
Atlanta, GA 30353-8641

Citizens Bank DDA
c/o NCO Financial Systems Inc.
507 Prudential Rd.
Horsham, PA 19044

Commercial Bank
c/o TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056

Computer Credit, Inc
Agent for St. Josephs Hospital
640 West Forth St.
PO Box 5238
Winston Salem, NC 27113

Covington Credit
363 Sanderson St
Alcoa, TN 37701

Dipti G Shah, MD
Arthritis Consultants, PC
15134 Levan Rd.
Livonia, MI 48154

DTE Energy
PO Box 2859
Detroit, MI 48260-0001

DTE Energy Company
c/o CCB Credit Services
5300 S 6th St
Springfield, IL 62703

East TN Medical Group
P O Box 5358
Maryville, TN 37802

Eastern Michican Univ Credit Union
761 Jenness St.
Ypsilanti, MI 48197

Educational Credit Management Corporatio
ATTN: Treasury Offset
PO Box 1708
Saint Paul, MN 55101

Empi
599 Cardigan Rd.
Saint Paul, MN 55126

Equifax Information Services LLC
P O Box 740241
Atlanta, GA 30374-0241

Eugene Y SU MD, PC
5333 Mcauley Dr. Sute. R4108
Ypsilanti, MI 48197

Everingham Clinic
12100 Huron River Dr.
Romulus, MI 48174

Everingham Clinic
12100 Huron River Drive
Romulus, MI 48174

Everingham Clinic PC
12100 Huron River Dr.
Romulus, MI 48174

Experian
P O Box 2002
Allen, TX 75013

Family Footcare of Bellevile
10798 Belleville Rd.
Belleville, MI 48111

Family Footcare of Belleville
10798 Belleville Rd.
Belleville, MI 48111

Field and Stream
PO Box 60315
Tampa, FL 33660-0315

First American Cash Advance
c/o Jefferson Capital System
16 Mcleland Rd.
Saint Cloud, MN 56303

First American Cash Advance
2123 E Broadway
Maryville, TN 37804

First Federal of MI
105 Main St.
Belleville, MI 48111-2737

First TN Bank
Bank Card Center
PO Box 385
Memphis, TN 38101-0385

First TN Bank
PO Box 9595
Alcoa, TN 37701-9595

Flagstar Bank, FSB
301 W. Michigan Ave.
Jackson, MI 49201

Foothills Podiatry PLLC
616 W. Lamar Alexander Pkwy
Maryville, TN 37801-3904

GMAC
Bankruptcy Dept
2740 Arthur St
Saint Paul, MN 55113

Green County Bank
P O Box 1120
Greeneville, TN 37744-1120

Greentree Servicing
Mailstop L800M
800 Landmark Towers
345 St. Peter St.
Saint Paul, MN 55102

Guideposts
PO Box 5808
Harlan, IA 51593

Hawthorne Architectural Register
c/o Northshore Agency
751 Summa Ave
Westbury, NY 11590

Hawthorne Architecture
c/o John Lee Jackson, Atty
Universal Fidelity LP
1445 Langham Creek Dr.
Houston, TX 77084

Hawthorne Architecture
c/o John Lee Jackson
PO Box 941911
Houston, TX 77094-8911

Hedy Dziedzie
36945 Grant Rd
Romulus, MI 48174

HRRG
Agent for SE Emer PHYS Group
P O Box 189053
Plantation, FL 33318-9053

Huron Valley Radiology
PO Box 77000 Dept. 77034
Detroit, MI 48277

IC Systems
Agent for Vicki Antonathens, DPM, PC
P O Box 64378
St Paul, MI 53164-0378

IMBS
Agent for SE Emergency Physicians
P O Box 189053
Plantation, FL 33318-9053

Innovative Pathology Services PLLC
P O Box 30309
Charleston, SC 29417-0309

Internal Revenue Service
Special Procedures Branch
ATTN: Bankruptcy Section MDP 146
801 Broadway, Room 285
Nashville, TN 37203

Internal Revenue Service*
P.O. Box 21126
Philadelphia, PA 19114

Island National Group
Agent for: Publishers Clearing House
6851 Jericho Turnpike, Ste 180
Syosset, NY 11791

JJ Marshall & Assoc.
Agent for: Flagstar Bank
6060 Collection Dr.
Shelby Township, MI 48316

Kane, Fox, Berman, Rosenberg and Cohen
9840 Haggerty Rd.
Belleville, MI 48111

Kavitha Fonduri, MD PC
34659 W. Michigan Ave.
Wayne, MI 48184

Knoxville Cardiovascular Group
1940 Alcoa Highway Suite E310
Knoxville, TN 37920

LeConte Radiology
P O Box 10367
Knoxville, TN 37939-0367

Liberty Tax Services
311 Foothills Mall Dr.
Maryville, TN 37801

Maryville Anesthesiologists PC
P O Box 10708
Knoxville, TN 37939-0708

Maryville Orthopaedic Clinic
827 E. Lamar Alexander Pkwy
Maryville, TN 37804

Maryville Surgical Center
763 E. Lamar Alexander Pkwy
Maryville, TN 37804

MCI
P O Box 9644
Mission Hills, CA 91346-9644

MedClear Inc
Agent for SE Emercency Physicians
507 Prudential Rd
Horsham, PA 19044-2308

Metropolitan Anesthesiology
2006 Hogback Rd., Suite 5
Ann Arbor, MI 48105-9750

Michael D
c/o Optima Recovery Services LLC
PO Box 52968
Knoxville, TN 37950-2968

MichCon
Box 900
Detroit, MI 48268-0900

Michigan Cardiology Associates, PC
PO Box 633975
Cincinnati, OH 45263-3975

National Magazine Exchange
16120 US 19 North
PO Box 9083
Clearwater, FL 33758-9083

NCO MEDCLEAR
Agent for SE Emergency Physicians
507 Prudential Rd
Horsham, PA 19044

NCO Portfolio
c/o First National Collection Bureau
610 Waltham
Sparks, NV 89434

Neurological Surgery
Medical Office Bldg. C
UT Medical Center
1932 Alcoa Hwy., Ste. 280
Knoxville, TN 37920

North Shore Agency
Agent for Hawthorne Architectural Regstr
751 Summa Ave
Westbury, NY 11590

Northshore Agency
Agent for Hawthorne Architectural Reg
751 Summa Ave
Westbury, NY 11590

Oakwood Anapolis
23400 Michigan Ave.
Dearborn, MI 48124

Oakwood Anapolis
PO Box 2805
Dearborn, MI 48123-2805

Oakwood Annaplolis
PO Box 2805
Dearborn, MI 48123-2805

Oakwood Annapolis Hospital
Premium Asset Recovery Corporation
PO Box 1022
Wixom, MI 48393-1022

Oakwood Laboratories
23400 Michigan ave. Ste. 502
Dearborn, MI 48124-1985

Optima Recovery Services
Agent for LeConte Radiology
6215 Kingston Pk Ste A
P O Box 52968
Knoxville, TN 37919

Optima Recovery Services
Agent for Rural Metro Ambulance Service
6215 Kingston Pk Ste A
P O Box 52968
Knoxville, TN 37919

Optima Recovery Services
Agent for Maryville Anesthesiology PC
6215 Kingston Pk Ste A
P O Box 52968
Knoxville, TN 37919

Optima Recovery Services
Agent for Anesthesia Medical Alliance
6215 Kingston Pk Ste A
P O Box 52968
Knoxville, TN 37919

OSI Collection Services Inc
Agent for Huron Valley Radiology
P O Box 983
Brookfield, WI 53008

Oxford Management Services
Agent for Cingular
PO Box 18060
Hauppauge, NY 11788

PARC
Agent for Oakwood Annapolis Hospital
PO Box 1022
Wixom, MI 48393-1022

Parkwest Surgery Center
9300 Parkwest Blvd Ste 210
Knoxville, TN 37923

Physician Services
c/o HRRG PO Box 189053
Fort Lauderdale, FL 33318-9053

Pinnacle Credit Services
Agent for
7900 Highway 7 Ste 100
Minneapolis, MN 55426

Premium Asset Recovery Corporation
Agent for Oakwood Annapolis Hospital
PO Box 1810
Warren, MI 48090-1810

Professional Emer Care
c/o Parc
PO Box 1810
Warren, MI 48090-1810

Professional Emerg Care
DEPT 77974
PO Box 77000
Detroit, MI 48277-0974

Professional Emergency Care, PC
Dept. 77974
PO Box 77000
Detroit, MI 48277-0974

Publishers Clearing House
P O Box 26311
Lehigh Valley, PA 18002-6311

Quick Check Advance
704 W Lamar Alexander Pkwy
Maryville, TN 37801

Reid & Stanley MD
1932 Alcoa Hwy. Ste. 280
Knoxville, TN 37920

Reliable Recovery Service
Agent for Rheumatology Associates
5015 N Broadway Ste 204
Knoxville, TN 37918

Reports Inc
Agent for Blount Memorial Hospital
P O Box 10305
601 Concord St Ste 116
Knoxville, TN 37939

Reports Inc
Agent for University Radiologists
P O Box 10305
601 Concord St Ste 116
Knoxville, TN 37939

Reports Inc
Agent for Blount Memorial Hospital
P O Box 10305
601 Concord St Ste 116
Knoxville, TN 37939

Revenue Recovery Corp
Agent for East TN Medical Group
612 S Gay St 2nd Floor
P O Box 2698
Knoxville, TN 37901-2698

Revenue Recovery Corp
Agent for Foothills Podiatry PLLC
612 S Gay St 2nd Floor
P O Box 2698
Knoxville, TN 37901-2698

Revenue Recovery Corp
Agent for Univ of TN Medical Ctr
612 S Gay St 2nd Floor
P O Box 2698
Knoxville, TN 37901-2698

Revenue Recovery Corp
Agent for Parkwest Surgery Center
612 S Gay St 2nd Floor
P O Box 2698
Knoxville, TN 37901-2698

Rheumatology Associates of ETN
324 Park 40 N. Blvd.
Knoxville, TN 37923

Richard P. McClure
Attorney
122 S. Street
Belleville, MI 48111-2939

RJM Acquisitions
Agent for Charter One Bank
575 Underhill Blvd Ste 224
Syosset, NY 11791

RMB Inc
Agent for Blount Memorial Hospital
409 Bearden Park Circle
Knoxville, TN 37919

Roseman & Budayr, PC
405 BMH Cancer Center
Maryville, TN 37804

Rural Metro of Tennessee
PO Box 1026
Scottsdale, AZ 85252-1026

S.K.Y.L. Physiatrist, P.C.I.K. Yoon MD
17000 Hubbard Dr, Suite 800
Dearborn, MI 48126-4205

SBC
Bill Payment Center
Saginaw, MI 48663-0003

SBC
c/o NCO Financial Systems
PO Box 4909
Trenton, NJ 08650-4909

SBC Midwest Res
c/o Southwest Credit
5910 W. Plano Pkwy, Suite 100
Plano, TX 75093-4638

SE Emergency Physicians
P O Box 740023
Cincinnati, OH 45274

SE Emergency Physicians
Alcoa Billing Center
3429 Regal Dr.
Alcoa, TN 37701-3265

SE Radiology Associates, PC
PO Box 77000 Dept. 771061
Detroit, MI 48277

Social Security Administration
ATTN: General Counsel
Room 617 Altmeyer Building
6401 Security Blvd.
Baltimore, MD 21235

South East Radiology
c/o United Collection Bureau Inc
5620 Southwyck Blvd Ste 206
Toledo, OH 43614

Southeastern Ortho-Maryville
PO Box 11463
Knoxville, TN 37939-1463

Southeastern Retina Associates PC
1225 Weisgarber Rd Ste 380 S
Knoxville, TN 37909

Southwest Credit Systems
Agent for Cinguar
5910 W Plano Pkwy Ste 100
Plano, TX 75093-4638

Specialty Merchandise Corp.
c/o CPS Security
PO Box 782408
San Antonio, TX 78278

St. Joseph Health System
PO Box 371906
Pittsburgh, PA 15250-7906

St. Joseph Mercy Ann Arbor
c/o Merchants and Medical Credit Corp
6324 Taylor Drive
Flint, MI 48507-4685

St. Joseph Mercy Health System
PO Box 993
Ann Arbor, MI 48106-0993

Stacy Simmons
c/o Carolyn Welch
6350 Hyde Park
Romulus, MI 48174-4204

Steven A Brown
Agent for Annapolis Hospital
3500 Easy St. Suite 200
PO Box 2474
Kalamazoo, MI 49003

Steven A Brown
Agent for Professional Emergency Care
3500 Easy St. Suite 200
PO Box 2474
Kalamazoo, MI 49003

Sunrise Credit Services, Inc.
Agent for T-Mobile
260 Airport Plaza
PO Box 9100
Farmingdale, NY 11735-9100

Superior Financial
249 N. Calderwood St.
Alcoa, TN 37701

Suzanne H. Bauknight
U.S. Attorney's Office
Howard H. Baker, Jr. U.S. Courthouse
800 Market St. Ste. 211
Knoxville, TN 37902

T-Mobile
c/o Bay Area Credit Service Inc
PO Box 1207
Pittsburg, CA 94565

T-Mobile
23000 Eureka Rd.
Taylor, MI 48180

Tabak's Health Products
1622 Deere Ave.
Irvine, CA 92606

Taste of Home
Reiman Publications
PO Box 5294
Harlan, IA 51593-0794

Tennessee Orthopaedic Clinics PC
P O Box 32569
Knoxville, TN 37930-2569

The Billing Center
A Division of Time Inc.
PO Box 60011
Tampa, FL 33660

The Bradford Exchange
9333 Milwaukee Ave.
Niles, IL 60714

The Needlecraft Shop
PO Box 9000
Big Sandy, TX 75755-9000

Thompson & Booth PC
Agent for University Health System, Inc.
P O Box 11463
Knoxville, TN 37939

Thompson & Booth PC
Agent for Southeastern Ortho-Maryville
P O Box 11463
Knoxville, TN 37939

TN Bank
1311 W. Lamar Alexander Pkwy.
Maryville, TN 37803

TN Urology Assoc DBA Urology Consultants
7557 Dannaher Way #230
Powell, TN 37849

Trans Union
P O Box 2000
Chester, PA 19022

United Collection Bureau Inc
Agent for Southeast Radiology
5620 Southwyck Blvd Ste 206
Toledo, OH 43614

United Collection Bureau Inc
Agent for Professional Emergency Care
5620 Southwyck Blvd Ste 206
Toledo, OH 43614

United Collection Bureau Inc
Agent for Annapolis Hospital
5620 Southwyck Blvd Ste 206
Toledo, OH 43614

Univ of Tenn Medical Center
c/o Alcoa Billing Center
3429 Regal Dr.
Alcoa, TN 37701-3265

Univ. of TN Memorial Hospital
aka University Health System, Inc.
PO Box 51368
Knoxville, TN 37950-1388

Univ. of TN Memorial Hospital 2
PO Box 51368
Knoxville, TN 37950-1388

Universal Collection Systems
Agent for First TN Bank
5240 Mendenhall Park Pl
Memphis, TN 38115

Universal Fidelity LP
Agent for The Bradford Exchange
P O Box 941911
Houston, TX 77094

Universal Fidelity LP
Agent for Hawthorne Architecture
P O Box 941911
Houston, TX 77094

University Of Tennessee Medical Center
PO Box 51388
Knoxville, TN 37950-1388

University Radiologists
5401 Kingston Pk Ste 320
Knoxville, TN 37919

Urology Affiliates in Center for
Excellence
1651 Venoy Rd.
Westland, MI 48186-5514

US Dept of Education
50 United Nations Plaza
ATTN: Litigations Unit
San Francisco, CA 94102

Vascular Clinical Assoc.
c/o First Federal Credit Con
24700 Chagrin Blvd. Ste 2
Cleveland, OH 44122

Vicki Anton Athens, DPM
19723 Allen Rd.
Trenton, MI 48183

Vicki Antonathens DPM PC
19723 Allen Rd.
Trenton, MI 48183

Village Squire I II
c/o National Credit Systems
3800 Camp Creek Pkwy B18
Atlanta, GA 30331

Washington Mutual Card Services
FDBA Providian National
PO Box 9016
Pleasanton, CA 94566-9016

Wayne Westland Cardiology
975 Meriiman
Westland, MI 48186

West Asset Management
Agent for: SE Emer Phys Group
PO Box 2348
Sherman, TX 75091

West Asset Management
Agent for: Cingular
PO Box 2348
Sherman, TX 75091